**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

Thurmond v. Mills et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS

Carlton Thurmond Plaintiff

```
FILED: MARCH 26, 2008
 08CV1747 NF
 JUDGE BUCKLO
 MAGISTRATE JUDGE
```

| |
|---|
| NAME (Type or print) Gigi Gilbert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/Gigi Gilbert |
| FIRM  Law Offices of Gigi Gilbert |
| STREET ADDRESS  53 W. Jackson Blvd., #356 |
| CITY/STATE/ZIP  Chicago, Il  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6199394 | TELEPHONE NUMBER 312 554-0000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  X   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  x   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |