IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON THURMON; | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 08 C 1747 |
| | ) | |
| J. MILLS STAR # 12161, D. BROWN | ) | JUDGE BUCKLO |
| STAR # 13369, R.P. HAUSER and other | ) | |
| UNIDENTIFIED Chicago Police Officers, | ) | Magistrate Judge Nolan |
| ALEJANDRA MAHADEO, Star 11696, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND THE
TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants, Chicago Police Officers Joel Mills and Robert Hauser, (referred to herein as "Defendants"), by one of their attorneys, Julia S. Bruce, Assistant Corporation Counsel of the City of Chicago, respectfully request this Honorable Court to extend the time, up to and including, June 12, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

(1)  Plaintiff's Complaint was filed on or about March 26, 2008. Defendants Mills and Hauser were personally served on or about April 22, 2008.

(2)  The undersigned has filed an appearance for Defendants on May 8, 2008 and the Defendants' Answer or other pleadings are due on or about May 12, 2008.

(3)  Counsel needs to interview Defendants before answering Plaintiff's Complaint and has not had an opportunity to do so at this time. Furthermore, the undersigned has not as of yet received all of the Chicago Police Department records relating to the alleged incident which is the

1

subject of this lawsuit.

(4)     This motion is Defendants first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

**WHEREFORE**, Defendants respectfully request that they be given until June 12, 2008, approximately 30 days after the Answer or other pleadings are due, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493
