IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARLTON THURMON; ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> J. MILLS STAR # 12161, D. BROWN ) <br> STAR # 13369, R.P. HAUSER and other ) <br> UNIDENTIFIED Chicago Police Officers, ) <br> ALEJANDRA MAHADEO, Star 11696, ) <br> ) <br> Defendants. ) | NO. 08 C 1747 <br><br> JUDGE BUCKLO <br><br> Magistrate Judge Nolan |

## NOTICE OF MOTION

TO:  Gigi Gilbert
     53 W. Jackson, Suite 356
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 15th day of May, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 8th day of May, 2008.

                                Respectfully Submitted,

                                /s/ Julia S. Bruce
                                Julia S. Bruce
                                Assistant Corporation Counsel
                                30 North La Salle Street, Suite 1400
                                Chicago, Illinois 60602
                                (312) 744-0451
                                Attorney Number: 06273493

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be delivered via the Court's ECF system to the persons named in the foregoing Notice at the address therein shown, on the 8th day of May, 2008.

    /s/ Julia S. Bruce
    Julia S. Bruce
    Assistant Corporation Counsel