IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON THURMOND; | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 08 C 1747 |
| | ) | |
| J. MILLS STAR # 12161, D. BROWN | ) | JUDGE BUCKLO |
| STAR # 13369, R.P. HAUSER and other | ) | |
| UNIDENTIFIED Chicago Police Officers, | ) | Magistrate Judge Nolan |
| ALEJANDRA MAHADEO, Star 11696, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Gigi Gilbert
     53 W. Jackson, Suite 356
     Chicago, IL 60604

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S CLAIM OF MALICIOUS PROSECUTION AS TIME BARRED**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Bucklo, or before such other Judge sitting in her place or stead, on the 17th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 12th day of June, 2008.

Respectfully Submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-0451
Attorney Number: 06273493

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICER'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S CLAIM OF MALICIOUS PROSECUTION AS TIME BARRED** to be delivered via the Court's ECF system to the persons named in the foregoing Notice at the address therein shown, on the 12th day of June, 2008.

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel