IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | | |
|---|---|---|
| CARLTON THURMOND, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1747 |
| | ) | |
| v. | ) | |
| | ) | JUDGE BUCKLO |
| J. MILLS STAR # 12161, | ) | |
| D. BROWN STAR # 13369, | ) | Magistrate Judge Nolan |
| R. P. HAUSER and other UNIDENTIFIED | ) | |
| Chicago Police Officers, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Gigi Gilbert
      53 W. Jackson, Suite 356
      Chicago, IL 60604

PLEASE TAKE NOTICE that on June 12, 2008, Defendant Officers will file their Answer, Affirmative Defenses and Jury Demand to Plaintiff's Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be served via the Court's ECF system to the persons named above this 12th day of June, 2008.

Respectfully submitted,

/s/ Julia S. Bruce
Julia S. Bruce
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
(312) 744-6566 (Fax)
Atty. No. 06273493