UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Carlton Thurmond
                        Plaintiff,

v.                                                  Case No.: 1:08–cv–01747
                                                    Honorable Elaine E. Bucklo

J. Mills, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 6/17/2008. Plaintiff's counsel appeared. Defendants' counsel did not appear. Defendant Officers' Rule 12(b)(6) Motion to dismiss claims [10] is entered. Plaintiff to respond to the motion by 7/9/2008. Ruling by mail on or about 8/7/2008. Status hearing set for 7/2/2008 is stricken and reset to 8/12/2008 at 9:30 a.m. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.