IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

| | |
|---|---|
| CARLTON THURMOND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | No.:   08 CV 1747 |
| J. MILLS STAR # 12161, D. BROWN ) | |
| STAR # 13369, R.P. HAUSER and other ) | Judge Bucklo |
| UNIDENTIFIED Chicago Police Officers, ) | |
| Defendants. ) | Magistrate Nolan |

## NOTICE OF FILING

To:   Julia S. Bruce
      Assistant Corporation Counsel
      City of Chicago Corporation Counsel
      30 N. LaSalle St., Suite # 1400
      Chicago, IL  60602

On July 9, 2008, I caused to be filed with the Clerk of the Circuit Court for the U.S. District Court Northern District of Illinois, Eastern Division, **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIM** a copy of which is served upon.

By://s// Gigi Gilbert_____

## PROOF OF SERVICE

I, Gigi Gilbert, an attorney, certify that I served this Notice of filing and attached documents to the above listed party and the above listed address by electronic mail by filing the same with the Case Management/Electronic Court Filing System on July 9, 2008.

By://s// Gigi Gilbert_____

Gigi Gilbert
Attorney for Plaintiff
53 W. Jackson Blvd., #356
Chicago, IL  60604
(312) 554-0000
# 6199394
gigi@gigigilbert.com