IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLTON THURMOND, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1747 |
| | ) | |
| v. | ) | |
| | ) | JUDGE BUCKLO |
| J. MILLS STAR # 12161, | ) | |
| D. BROWN STAR # 13369, | ) | Magistrate Judge Nolan |
| R. P. HAUSER and other UNIDENTIFIED | ) | |
| Chicago Police Officers, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:  Gigi Gilbert
     53 W. Jackson, Suite 356
     Chicago, IL 60604

PLEASE TAKE NOTICE that on July 15, 2008, Defendant Officers will file their Reply in Support of their Rule 12(b)(6) Motion to Dismiss Plaintiff's State Law Claim, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be served via the Court's ECF system to the persons named above this 15th day of July, 2008.

                                        Respectfully submitted,

                                        /s/ Julia S. Bruce
                                        Julia S. Bruce
                                        Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0451
(312) 744-6566 (Fax)
Atty. No. 06273493